**Appeal Reinstated and Order filed July 2, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00027-CR**

_____

**EX PARTE CARLOS ALEJANDRO RABAGO**

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 94CR1750-83**

## O R D E R

On June 4, 2012, this Court issued an order abating the appeal and directing the trial court to enter findings of fact and conclusions of law on the denial of applicant's application for writ of habeas corpus. A supplemental clerk's record containing the trial court's findings and conclusions have been filed in this court. Accordingly, the appeal is REINSTATED.

The Court will allow the parties a period of twenty (20) days to file briefs in light of these findings and conclusions. Any briefing is due within 20 days of the date of this order.

PER CURIAM